IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00041-BNB

JOHN C. MARTINEZ,

Applicant,

v.

COLORADO DEPT. OF CORRECTIONS,
ARI ZAVARAS,
PEOPLE OF THE STATE OF COLORADO, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

Applicant, John C. Martinez, is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility at Cañon City, Colorado. Mr. Martinez has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court must construe the application liberally because Mr. Martinez is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Martinez will be ordered to file an amended application.

The court has reviewed the habeas corpus application and finds that the application is deficient. First, Mr. Martinez fails to assert specific facts in support of the claim he is raising to demonstrate that his federal constitutional rights have been

violated. Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Martinez go beyond notice pleading. *See Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

In addition, Mr. Martinez fails to provide sufficient information for the court to determine whether this action is timely filed pursuant to 28 U.S.C. § 2244(d). Mr. Martinez alleges in the application that he was convicted in 1990 and that he filed a direct appeal that concluded in 2007. He also alleges that he has not filed any postconviction motions in the state courts challenging the validity of his conviction or sentence. However, the state court orders attached to the application indicate that Mr. Martinez' direct appeal concluded in 1993 and that he has filed several postconviction motions in the state courts in the past fifteen years. Mr. Martinez must provide the court with specific dates regarding when his conviction was affirmed on direct appeal, when he filed his postconviction motions, when the postconviction motions were denied, and when the state appellate courts issued any decisions that relate to the postconviction motions.

Therefore, Mr. Martinez will be ordered to file an amended application in which he identifies the claims for relief he is asserting, clarifies the specific facts that support each asserted claim, and clarifies the dates on which his conviction was affirmed on direct appeal as well as when he sought and was denied postconviction relief in the

state courts. Accordingly, it is

ORDERED that Mr. Martinez file **within thirty (30) days from the date of this order** an amended habeas corpus application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Martinez, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Mr. Martinez fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice.

DATED February 27, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00041-BNB

John C. Martinez
Prisoner No. 64378
Colorado Territorial Correctional Facility
PO Box 1010
Cañon City, CO 81215 - 1010

I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 2/27/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk